October 14, 2005

Mr. Brandon David Mosley
Preston & Cowan, LLP
909 Fannin, Suite 1400
Houston, TX 77010

Mr. Bernard Klimist
Law Office of Bernard T. Klimist
P. O. Box 2143
Victoria, TX 77902-2143
Honorable Daniel R. Sklar
Judge, 329th District Court
309 E. Milam
Wharton, TX 77488

RE: Case Number: 04-0176
 Court of Appeals Number: 13-03-00734-CV
 Trial Court Number: 37,936-S

Style: IN RE LIVING CENTERS OF TEXAS, INC., D/B/A WHARTON MANOR

Dear Counsel:

 Today the Supreme Court of Texas conditionally granted the petition
for writ of mandamus and issued the enclosed opinion in the above-
referenced cause. The stay order issued February 27, 2004 is lifted.
(Justice Willett not sitting)

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Denice K. |
| |Malota |
| |Ms. Cathy Wilborn |
| |Ms. Joanne |
| |Summerhays |
| |Mr. Kevin H. Dubose|